KOLLER ET AL. *v.* UNITED STATES.

No. 362. Argued March 26, 30, 1959.—Decided April 20, 1959.

*Robert H. Malis* argued the cause and filed a brief for petitioners.

*Lionel Kestenbaum* argued the cause for the United States. On the brief were *Solicitor General Rankin, Assistant Attorney General Doub* and *Samuel D. Slade.*

PER CURIAM.

The judgment is affirmed. *Rex Trailer Co.* v. *United States,* 350 U. S. 148 (1956).

MR. JUSTICE STEWART, with whom MR. JUSTICE DOUGLAS and MR. JUSTICE WHITTAKER join, dissenting.

I do not agree that disposition of this case is controlled by the decision in *Rex Trailer Co.* v. *United States,* 350 U. S. 148. Believing that § 26 (b)(1) of the Surplus Property Act of 1944, 40 U. S. C. § 489 (b)(1), imposes a civil penalty, and that an action thereunder is therefore subject to the five-year limitation provided in 28 U. S. C. § 2462, I would reverse. Cf. *United States ex rel. Marcus* v. *Hess,* 317 U. S. 537; *Erie Basin Metal Products, Inc.,* v. *United States,* 150 F. Supp. 561 (Ct. Cl.). See *Priebe & Sons* v. *United States,* 332 U. S. 407.